1  GREGORY G. KATSAS
   Acting Assistant Attorney General
2  DAVID J. KLINE
   Director, District Court Section
3  Office of Immigration Litigation
   VICTOR M. LAWRENCE, DCBN 449052
4  Senior Litigation Counsel
   CHRISTOPHER W. HOLLIS, ILBN 6283101
5  Trial Attorney

6       P.O. Box 868, Ben Franklin Station
        Washington, D.C. 20044
7       Telephone: (202) 305-0899; FAX: (202) 616-8962

8  Attorneys for Defendants

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11

12
   SARABJIT KAUR THIND and            )
13 JASWANT SINGH THIND,               )
                                      )
14           Plaintiffs,              )   No. 08-cv-1326 (CW)
                                      )
15     v.                             )
                                      )
16 EMILIO T. GONZALEZ,                )   STIPULATION TO DISMISSAL;
   Director, United States Citizenship and  )   [PROPOSED] ORDER
17 Immigration Services,              )
                                      )
18           Defendant.               )
                                      )
19

20

21      Plaintiffs, by and through their attorney of record, and Defendants, by and through their

22 attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal with

23 prejudice of the above-entitled action in light of the fact that the United States Citizenship and

24 Immigration Services has approved Plaintiffs' Form I-730 Petition.

25 //

26 //

27

28 STIPULATION, 08-1326

The parties shall bear their own costs and fees.

Dated: May 7, 2008

GREGORY G. KATSAS
Acting Assistant Attorney General

DAVID J. KLINE
Director, District Court Section

VICTOR M. LAWRENCE
Senior Litigation Counsel

By: _____
CHRISTOPHER W. HOLLIS
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 305-0899; 616-8962 (fax)
christopher.hollis@usdoj.gov

Dated: May 7, 2008

_____
JONATHAN M. KAUFMAN
Attorney for Plaintiffs

### ORDER

Pursuant to stipulation, IT IS SO ORDERED that this case is dismissed with prejudice.

Dated: 5/8/08

_____
CLAUDIA WILKEN
United States District Judge

STIPULATION, 08-1326                                  2